635

3 So.2d 919

**Tom DENSON v. STATE.**

6 Div. 748.

Court of Appeals of Alabama.

May 13, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

1 So.2d 42

**Cliff DEVANEY v. STATE.**

8 Div. 128.

Court of Appeals of Alabama.

Feb. 18, 1941.

RICE, Judge.

Affirmed.

5 So.2d 845

**George DIAL v. STATE.**

1 Div. 410.

Court of Appeals of Alabama.

Dec. 30, 1941.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

8 So.2d 899

**Richard DILL v. STATE.**

6 Div. 869.

Court of Appeals of Alabama.

May 26, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

8 So.2d 900

**Richard DILL v. STATE.**

6 Div. 871.

Court of Appeals of Alabama.

May 12, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

8 So.2d 900

**Richard DILL v. STATE.**

6 Div. 872.

Court of Appeals of Alabama.

May 19, 1942.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.